## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NATIONAL FIRE INSURANCE OF HARTFORD** | : : : : : | **CIVIL ACTION NO:  WDQ 06-478** |
| **Plaintiff,** | : : | |
| **v.** | : : | **NOTICE OF VOLUNTARY** |
| **AMERICAN BUILDINGS COMPANY** | : : : | **DISMISSAL** |
| **Defendant.** | : | |

NOW COMES Plaintiff, National Fire Insurance of Hartford, by and through its undersigned counsel, and having settled its claims against the defendant, hereby dismisses this action with prejudice.

COZEN O'CONNOR

BY: __s/ Jim H. Fields, Jr.__
     JIM H. FIELDS, JR., ESQUIRE
     1900 Market Street
     Philadelphia, PA  19103
     215-665-2737
     Maryland Fed. Bar #22316

ATTORNEYS FOR PLAINTIFF

DATED: August 9, 2006